RECEIVED 06 DEC -5 PM 4: 54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

THOMAS KINKADE COMPANY, ET AL

CASE NO. C 06 7034 MHP

Plaintiff(s),

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

v.

KAREN HAZELWOOD and JEFFREY SPINELLO,

Defendant(s).
_____/

NORMAN A. YATOOMA, an active member in good standing of the bar of Michigan whose business address and telephone number (particular court to which applicant is admitted) is

Norman A. Yatooma & Associates, P.C.
219 Elm Street
Birmingham, Michigan 48009

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 19, 2006

_____
United States District Judge