UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE THOMAS KINKADE COMPANY, f/k/a MEDIA ARTS GROUP, INC., a California corporation and RICHARD F. BARNETT,<br><br>Plaintiffs,<br><br>v.<br><br>KAREN HAZLEWOOD, JEFF SPINELLO, and THOMAS KINKADE AT THE DOWNTOWN MALL, LLC, a Virginia corporation,<br><br>Defendants. | No. C 06 7034 MHP<br><br>**ORDER** |

On February 23, 2007 plaintiffs filed a request for leave to file a brief response to new issues raised in defendants' supplemental memorandum regarding the effect of a finding of fraud on the enforceability of certain contract provisions. The court hereby GRANTS plaintiffs' request. Plaintiff shall file, within 30 days of this order, a brief addressing only the issues identified in their request for leave. The matter will be deemed submitted upon receipt of plaintiffs' brief. No further briefing will be permitted.

IT IS SO ORDERED.

Dated: March 30, 2007

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California