**NORMAN YATOOMA & ASSOCIATES, P.C.**
ROBERT S. ZAWIDEH (PHV – Michigan Bar License P43787)
219 Elm Street
Birmingham, Michigan 48009-6306
Telephone: (248) 642-3600
Facsimile: (248) 642-3601
E-mail: zawideh@normanyatooma.com

**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
JOSEPH KOURI (SBN No. 133804)
707 Wilshire Blvd Ste 4300
Los Angeles, CA 90017
Telephone: (213) 489-5511
Facsimile: (213) 489-5522
E-mail: jkouri@kdvglaw.com

Attorneys for Defendants/Defendants/Cross-Complainants KAREN HAZLEWOOD, JEFFREY SPINELLO and THOMAS KINKADE AT THE DOWNTOWN MALL, LLC, a Virginia Limited Liability Company.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE THOMAS KINKADE COMPANY, FORMERLY KNOWN AS MEDIA ARTS GROUP, INC., a California Corporation and RICHARD F. BARNETT,<br><br>Plaintiffs,<br><br>v.<br><br>KAREN HAZELWOOD, JEFFREY SPINELLO and THOMAS KINKADE AT THE DOWNTOWN MALL, LLC, a Virginia Limited Liability Company,<br><br>Defendants. | CASE NO. 06-cv-07034-MHP<br><br>~~PROPOSED~~ JUDGMENT CONFIRMING ARBITRATION AWARD FOR FRAUD IN THE INDUCEMENT |

| | |
|---|---|
| 1 | |
| 2 | KAREN HAZELWOOD, JEFFREY SPINELLO and THOMAS KINKADE |
| 3 | AT THE DOWNTOWN MALL, a Virginia Limited Liability Company, |
| 4 | |
| 5 | Cross-Complainants. |
| 6 | v. |
| 7 | THE THOMAS KINKADE COMPANY, FORMERLY KNOWN AS MEDIA ARTS |
| 8 | GROUP, INC., a California Corporation and RICHARD F. BARNETT, |
| 9 | |
| 10 | Cross-Defendants. |

**JUDGMENT CONFIRMING ARBITRATION AWARD
FOR FRAUD IN THE INDUCEMENT**

This matter was deemed submitted on the papers without oral argument, a statement of non-opposition having been filed by plaintiffs/cross-defendants on January 15, 2010.

On October 4, 2006, a majority of a three member arbitration panel issued an award ("The Arbitration Award") in favor of Defendants/Cross-Claimants and against Richard F. Barnett and The Thomas Kinkade Company, formerly know as Media Arts Group, Inc., for Fraud in the Inducement.

WHEREFORE, IT IS HEREBY ORDERED that, pursuant to the Ninth Circuit Court of Appeals decision of June 16, 2009, in this case,[1] and that Court's Mandate to this Court issued December 14, 2009,[2] judgment in favor of Defendants/Cross-Claimants and against Richard F. Barnett and The Thomas Kinkade Company, formerly known as Media Arts Group, Inc., jointly and severally for fraud in the inducement is hereby entered in the amount of Two Million Eight

//

---

[1] See Exhibit 1, attached hereto.

[2] See Exhibit 2, attached hereto.

1 | Hundred Sixty-Six Thousand Four Hundred Ninety-Nine and 54/100 ($2,866,499.54) Dollars,
2 | not including costs. On entry of this judgment by the Court, Defendants / Cross-complainants
3 | will submit a Bill of Costs in accordance with the applicable statutes and court rules.
4 | SO ORDERED.

DATED: Jan. 29, 2010

_____
U.S. DISTRICT COURT JUDGE