AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

The Thomas Kinkade Company, etc. et al.

                                Plaintiff (s),

V.

Karen Hazelwood, et al.

                                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:06-cv-07034-MHP

Notice is hereby given that, subject to approval by the court, Jeffrey Spinello and Thomas Kinkade At The Downtown Mall, LLC substitutes
(Party (s) Name)

Brian T. Harvey of Buchalter Nemer, State Bar No. 238991 as counsel of record in
(Name of New Attorney)

place of Edward W. Fisher, Joseph Angel Kouri, Norman A. Yatooma and Robert S. Zawideh of Norman Yatooma & Associates, P.C.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Buchalter Nemer
    Address: 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017-2457
    Telephone: (213) 891-0700    Facsimile (213) 896-0400
    E-Mail (Optional): bharvey@buchalter.com

I consent to the above substitution.

Date: September 19, 2012

I consent to being substituted.

Date: September __, 2012    10-1-12

I consent to the above substitution.
Date: September __, 2012    10-5-12

Jeffrey Spinello, individually and on behalf of Thomas Kinkade At The Downtown Mall, LLC
(Signature of Party (s))

Norman Yatooma & Associates, P.C.
By
(Signature of Former Attorney (s))

Brian T. Harvey
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/11/12

**APPROVED**
Judge William Alsup

[Note: A separate consent order of substitution must be filed by each new appearance.]

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-2457.

On the date set forth below, I served the foregoing document described as:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

on all other parties and/or their attorney(s) of record to this action by ☐ faxing and/or ☒ placing a true copy thereof in a sealed envelope as follows:

[SEE ATTACHED SERVICE LIST]

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Los Angeles, California on October 10, 2012. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 10, 2012, at Los Angeles, California.

Christine Acosta

(Signature)

## SERVICE LIST

Dana Nisen Levitt
Foley & Lardner
555 S. Flower St., Ste. 3500
Los Angeles, CA 90071

Brandon Jason Roker
Charles Edward Weir
Christopher Lawrence Dacus
McDermott Will & Emery
2049 Century Park East, Ste. 3400
Los Angeles, CA 90067-3208

Kirkland W. Garey
Bunting Drayton & Alward
582 Market St., Ste. 812
San Francisco, CA 94104-5309

Edward W. Fisher
Norman A. Yatooma
Robert S. Zawideh
Norman Yatooma & Associates, PC
219 Elm St.
Birmingham, MI 48009