AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT
## Northern District of California

The Thomas Kinkade Company, etc. et al.

        Plaintiff (s),

V.

Karen Hazelwood, et al.

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:06-cv-07034-MHP

Notice is hereby given that, subject to approval by the court, __Jeffrey Spinello and Thomas Kinkade At The Downtown Mall, LLC__ substitutes
        (Party (s) Name)

__Brian T. Harvey of Buchalter Nemer__, State Bar No. __238991__ as counsel of record in
 (Name of New Attorney)

place of __Edward W. Fisher, Joseph Angel Kouri, Norman A. Yatooma and Robert S. Zawideh of Norman Yatooma & Associates, P.C.__
      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:    Buchalter Nemer
 Address:     1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017-2457
 Telephone:    (213) 891-0700    Facsimile (213) 896-0400
 E-Mail (Optional):   bharvey@buchalter.com

I consent to the above substitution.

Date:   September 19, 2012

I consent to being substituted.

Date:   September __, 2012    10-1-12

I consent to the above substitution.
Date:   September __, 2012    10-5-12

Jeffrey Spinello, individually and on behalf of Thomas Kinkade At The Downtown Mall, LLC

_(Signature of Party (s))_

Norman Yatooma & Associates, P.C.

By _____
_(Signature of Former Attorney (s))_

_____
Brian T. Harvey _(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date:   10/11/12

**APPROVED**
_/s/ William Alsup_
Judge William Alsup

[Note: A separate consent order of substitution must be filed by each appearance.]

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-2457.

On the date set forth below, I served the foregoing document described as:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

on all other parties and/or their attorney(s) of record to this action by ☐ faxing and/or ☒ placing a true copy thereof in a sealed envelope as follows:

[SEE ATTACHED SERVICE LIST]

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Los Angeles, California on October 10, 2012. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 10, 2012, at Los Angeles, California.

Christine Acosta

(Signature)

## SERVICE LIST

1  
2   Dana Nisen Levitt  
    Foley & Lardner  
3   555 S. Flower St., Ste. 3500  
    Los Angeles, CA  90071  
4  
    Brandon Jason Roker  
5   Charles Edward Weir  
    Christopher Lawrence Dacus  
6   McDermott Will & Emery  
    2049 Century Park East, Ste. 3400  
7   Los Angeles, CA  90067-3208  

8   Kirkland W. Garey  
    Bunting Drayton & Alward  
9   582 Market St., Ste. 812  
    San Francisco, CA  94104-5309  
10  
    Edward W. Fisher  
11  Norman A. Yatooma  
    Robert S. Zawideh  
12  Norman Yatooma & Associates, PC  
    219 Elm St.  
13  Birmingham, MI  48009  

14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28